UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LARRY FITCH | CIVIL ACTION NO. 08-cv-1126 |
| VERSUS | JUDGE HICKS |
| LA DEPT OF PUBLIC SAFETY & CORRECTIONS, ET AL | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Doc. 13) is **granted** and Plaintiff's complaint **dismissed with prejudice** to refiling it in forma pauperis.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 20th day of August, 2009.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE